Same case below, 402 Fed. Appx. 37.

**No. 10-10225. Tommie E. Jackson, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2944, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4054.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 633 F.3d 703.

**No. 10-10227. Serge Eric Bayard, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2944, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4139.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 642 F.3d 59.

**No. 10-10229. Manual Ramon Brito-Rodriguez, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2944, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4030.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10235. Ernest Joyner, Petitioner v. Terry O'Brien, Warden.**

563 U.S. 1027, 131 S. Ct. 2944, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4107.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-10239. Amilcar C. Butler, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2945, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4026.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10240. Craig Alexander, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2945, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4161.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 970.

**No. 10-10241. Thomas Allen Boldt, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2945, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4132.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 409 Fed. Appx. 59.

**No. 10-10242. Luis Nava, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2945, 180 L. Ed. 2d 235, 2011 U.S. LEXIS 4175.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 624 F.3d 226.